*William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Myers, Appellant.

Submitted September 14, 1970. *Daniel C. Barrish,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

## Commonwealth *v.* Neil, Appellant.

Submitted September 14, 1970. *David C. Cleaver,* for appellant; *David S. Dickey,* First Assistant District Attorney, and *Jay L. Benedict,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Newton, Appellant.